IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KEVIN JONES,
        Plaintiff,

-vs-                                          Case No. A-12-CA-543-SS

WILLIAMSON COUNTY and the
WILLIAMSON COUNTY SHERIFF'S OFFICE,
        Defendants.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of the Defendant, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiff Kevin Jones TAKE NOTHING in this cause against the Defendant Williamson County, and that all costs of suit are taxed against the plaintiff, for which let execution issue.

SIGNED this the 30th day of August 2013.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE

543 jdgmt jih.wpd