# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| KEVIN JONES | ) |
| | ) |
| v. | ) Case No.: A-12-CA-543-SS |
| WILLIAMSON COUNTY and the WILLIAMSON | ) |
| COUNTY SHERIFF'S OFFICE | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __08/30/2013__ against __KEVIN JONES__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses *(itemize on page two)* ........................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................. | |
| Docket fees under 28 U.S.C. 1923 ................................... | |
| Costs as shown on Mandate of Court of Appeals ...................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................... | 395.79 |
| TOTAL | $ 395.79 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service           [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney: _____

Name of Attorney: Charles T. Jeremiah

For: __Williamson County and the Williamson County Sheriff's Office__        Date: __09/06/2013__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
*Clerk of Court*                         *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print   Save As...   Reset

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN JONES, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | C.A. 1-12-CV-00543-SS |
| § | | |
| WILLIAMSON COUNTY and the § | | |
| WILLIAMSON COUNTY SHERIFF'S § | | |
| OFFICE § | | |
| Defendants. § | | |

### AFFIDAVIT OF CHARLES T. JEREMIAH IN SUPPORT OF BILL OF COSTS

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned Notary Public, appeared CHARLES T. JEREMIAH, who, after being duly sworn, made the following statements:

My name is CHARLES T. JEREMIAH. I am an attorney licensed to practice in the United States District Court for the Western District of Texas, and am employed with the law firm of Chamberlain, Hrdlicka, White, Williams & Aughtry.

This affidavit is made to verify that Defendants, Williamson County and Williamson County Sheriff's Office's taxable costs listed on the attached Bill of Costs itemization are correct, have been necessarily incurred in this case, that the services for which fees have been charged were actually and necessarily performed and that the deposition transcripts used were taken for use in trial.

This affidavit is attached as Exhibit "A" to an itemized Bill of Costs showing the amount of taxable costs, as provided by Rule 54(d)(1) of the Federal Rules of Civil Procedure.

FURTHER AFFIANT SAYETH NOT.



_____
CHARLES T. JEREMIAH

SUBSCRIBED AND SWORN TO BEFORE ME on this 9 day of September, 2013.

_____
NOTARY PUBLIC FOR
THE STATE OF TEXAS

1362569_1



Dawn Garrard
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES 07-01-2016

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEVIN JONES,<br> Plaintiff,<br><br>v.<br><br>WILLIAMSON COUNTY and the<br>WILLIAMSON COUNTY SHERIFF'S<br>OFFICE<br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. 1-12-CV-00543-SS |

## BILL OF COSTS ITEMIZATION

| | | |
|---|---|---:|
| 1. | Fees of the Clerk | N/A |
| 2. | Fees for service of summons and subpoena | N/A |
| 3. | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | N/A |
| 4. | Fees and disbursement for printing | N/A |
| 5. | Fees for witnesses | N/A |
| 6. | Fees for exemplification and copies of papers necessarily obtained for use in the case | N/A |
| 7. | Docket fees under 28 U.S.C. § 1923 | N/A |
| 8. | Costs as shown on Mandate of Court of Appeals | N/A |
| 9. | Compensation of court-appointed experts | N/A |
| 10. | Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | N/A |
| 11. | Other costs<br> a. Deposition transcript Kevin Jones | $395.79 |
| TOTAL COSTS: | | $395.79 |

1362570_1

ACR-Houston Federal Tax# 27-0187597

Associated Court Reporters-Houston
425 Austin Ave.
Ste. 2102
Waco, TX 76701

 **Invoice**

| Date | Invoice # |
|---|---|
| 1/22/2013 | H-6059 |

| Bill To |
|---|
| CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY |
| Charles Jeremiah |
| 1200 Smith Street, Suite 1400 |
| Houston, TX 77002 |

| Terms | Job Name |
|---|---|
| Net 30 | H-6059 |

| Description | Rate | Qty | Amount |
|---|---|---|---|
| Original & 1 copy of the oral deposition of KEVIN JONES taken on January 10, 2013 with condensed copy, word index and e-tran. | 395.79 | | 395.79 |
| Court Reporter: Patricia Harris Vernon | | | |
| Civil Action No. 1-12-CV-00543 In the United States District Court for the Western District of Texas, Austin Division Kevin Jones vs. Williamson County, et al | | | |

A 6% finance charge will be assessed to all invoices exceeding 30 days. 1-800-340-5881
Thank you!

**RECEIVED JAN 2 3 2013**

| | |
|---|---|
| Total | $395.79 |
| Payments/Credits | $0.00 |
| Balance Due | $395.79 |